**Robinson+Cole**

STEPHEN E. GOLDMAN

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
sgoldman@rc.com
Direct (860) 275-8255

*Via ECF*

December 14, 2021

Christopher M. Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver CO 80257

Re:   *Goodwill Industries of Central Okla., Inc. v. Philadelphia Indemnity Ins. Co.*, No. 21-6045
      Argued on Nov. 15, 2021 before Judges Tymkovich, Matheson and Phillips

Dear Mr. Wolpert:

Under Fed. R. App. P. 28(j), on behalf of Defendant-Appellee Philadelphia Indemnity Insurance Company ("PIIC"), I write to advise the Court of new decisions by the Seventh Circuit and Ohio Court of Appeals, which the Court may find helpful in considering the above-captioned appeal.

In *Sandy Point Dental, P.C. v. Cincinnati Ins. Co.*, No. 21-1186, __ F.4th __, 2021 WL 5833525, at *4-5 (7th Cir. Dec. 9, 2021) (applying Illinois law), the Seventh Circuit affirmed the dismissal of a complaint similar to Plaintiff-Appellant's, following the "overwhelming majority of courts," holding that "[w]ithout any physical alteration to accompany it, [a] partial loss of use does not amount to a 'direct physical loss.'"

In *Mashallah, Inc. v. West Bend Mut. Ins. Co.*, No. 21-1507, __ F.4th __, 2021 WL 5833488, at *5 (7th Cir. Dec. 9, 2021) (applying Illinois law), the Seventh Circuit affirmed the dismissal of a complaint similar to Plaintiff-Appellant's. Relying on a virus exclusion identical to the one in Plaintiff-Appellant's policy, the Seventh Circuit held that its "applicability does not depend on whether a virus is actually detected on the insureds' premises," and "the virus exclusions … clearly preclude insurance coverage for losses and expenses allegedly caused by the COVID-19 pandemic and government orders issued to stem its tide."

In *Bradley Hotel Corp. v. Aspen Specialty Ins. Co.*, No. 21-1173, __ F.4th __, 2021 WL 5833486, at *3-5 (7th Cir. Dec. 9, 2021), the Seventh Circuit held that loss of use and ordinance or law exclusions similar to those in Plaintiffs-Appellants' policy precluded coverage for similar claims. (*See* Appellee Br. at 32-33.)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

Christopher M. Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
December 14, 2021
Page 2

In *Sanzo Enterprises, LLC v. Erie Insurance Exchange*, No. 21-CAE-06-0026, 2021-Ohio-4268, 2021 WL 5816448 (Ohio Ct. App. Dec. 7, 2021), the Ohio Court of Appeals affirmed a decision granting the defendant judgment on the pleadings, holding that "loss of use is not a physical loss." *Sanzo*, at ¶¶ 54-55.

These decisions provide further support for PIIC's arguments in Sections I and II of its appellee brief.

Respectfully,

/s/ Stephen E. Goldman

Copy to:   All counsel of record (via ECF)